**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**ALTAIR S.R.L.,**

    **Plaintiff,**

v.                                                                 **Case No: 5:15-cv-329-Oc-30PRL**

**HIS WIND, LLC and BANK OF**
**AMERICA, N.A.**

    **Defendants.**

## ORDER

Before the Court is Garnishee Bank of America, N.A.'s motion (Doc. 27) for attorney's fees pursuant to Florida Statute § 77.28.  Section 77.28 provides that "upon issuance of any writ of garnishment, the party applying for it shall pay $100 to the garnishee on the garnishee's demand at any time after the service of the writ for the payment or part payment of his or her attorney fee which the garnishee expends or agrees to expend in obtaining representation in response to the writ."   Fla. Stat. § 77.28.

Upon due consideration, the Court **GRANTS** Garnishee's motion for attorney's fees. (Doc. 27).   Plaintiff is directed to pay $100 directly to Garnishee's counsel, The NOA Law Firm, P.A., at P.O. Box 941958 Miami, Florida 33194.

**DONE** and **ORDERED** in Ocala, Florida on April 29, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties